MARIA BENSAUDE et al., Respondents, *v.* FLOMARCY COMPANY INCORPORATED et al., Respondents, and THE CITY OF NEW YORK, Appellant.

Argued April 3, 1944; decided April 13, 1944.

*Sidney J. Feltenstein, Irving I. Goldsmith* and *Joseph L. Roesch* for motions.

*Ignatius M. Wilkinson, Corporation Counsel (Murray Sendler* of counsel), opposed.

Motions denied, with leave to renew on argument of appeal.